**Samuel W. MEISEL and Rose M. Meisel, Appellants,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 547, Docket 33525.**

United States Court of Appeals, Second Circuit.

Submitted March 23, 1970.

Decided April 3, 1970.

Simon Presant, New York City, for appellants.

Johnnie M. Walters, Asst. Atty. Gen., Department of Justice, Lee A. Jackson, Elmer J. Kelsey and Kenneth L. Gross, Washington, D. C., for respondent.

Before LUMBARD, Chief Judge, HAYS, Circuit Judge, and BLUMEN-FELD, District Judge.*

PER CURIAM:

The judgment of the Tax Court is affirmed on the strength of its memorandum opinion. 28 T.C.M. 141 (1969). There is ample support in the record for the tax court's factual determination that the sale by the mother to the daughter and the loans back were sham transactions.

---

* Sitting by designation.

---

**Gordon B. and Elizabeth H. TODD, Appellants,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Appellee.**

**No. 624, Docket 34158.**

United States Court of Appeals, Second Circuit.

Argued March 17, 1970.

Decided April 2, 1970.

Allen H. Gardner, Washington, D. C. (Morris, Pearce, Gardner & Beitel, Washington, D. C., of counsel), for appellants.

Stephen Schwarz, Attorney, Dept. of Justice, Washington, D. C., (Johnnie M. Walters, Asst. Atty. Gen., Lee A. Jackson and Elmer J. Kelsey, Attys. Dept. of Justice, Washington, D. C., of counsel), for appellee.

Before MOORE and FEINBERG, Circuit Judges and BONSAL,* District Judge.

PER CURIAM:

The decisions of the Tax Court denying petitions for redeterminations of deficiencies based on the disallowance of deductions claimed for interest payments to alleged loan accounts established by gifts to members of the taxpayers' family are affirmed on the opinion of Judge Mulroney, reported at 51 T.C. 987 (1969).

---

* Of the Southern District of New York, sitting by designation.